UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-21698-CIV-MORENO

FIRST IMPRESSIONS DESIGN AND MANAGEMENT, INC., a Florida corporation,

    Plaintiff,

vs.

NATIONAL CINEMA SUPPLY CORPORATION, a Florida corporation,

    Defendant.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant NATIONAL CINEMA SUPPLY CORPORATION for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff on **June 25, 2008**.

Accordingly, it is **ADJUDGED** that Judgment is hereby entered in favor of Plaintiff FIRST IMPRESSIONS DESIGN AND MANAGEMENT, INC. and against Defendant NATIONAL CINEMA SUPPLY CORPORATION. It is further **ADJUDGED** that Counsel for Plaintiff shall file an Affidavit with the Court as to the amount due from NATIONAL CINEMA SUPPLY CORPORATION, or any other relief sought, by **September 24, 2008.**

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record